USAO No. 2013R0623

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAR 31 P 3: 19

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | CASE NO. CCB-14-0148 |
| **JOHN YACOUB,** : | (Conspiracy to Distribute Fentanyl, Hydrocodone, Oxycodone, Morphine, Methadone, 21 U.S.C. § 846) |
| **Defendant.** : | |

...oOo...

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From at least January 2011, up to and including the date of this information, in the District of Maryland and elsewhere, the defendant,

**JOHN YACOUB,**

did knowingly and willfully combine, conspire, confederate, and agree with others, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute mixtures or substances containing fentanyl, oxycodone, morphine, and methadone, all schedule II controlled substances, and hydrocodone, a schedule III controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846.

_____
Rod J. Rosenstein
United States Attorney